UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIOUAN ANIYUNWIYA NATION and
KRISTOPHER JAMES EL THOMPSON,

    Plaintiffs,

v.                                     Case No: 8:17-mc-36-T-36AAS

BANK OF AMERICA, N.A.,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Amanda Arnold Sansone on May 10, 2017 (Doc. 4). In the Report and Recommendation, Magistrate Judge Sansone recommends that this case be dismissed, as Plaintiffs have failed to file a complaint, a renewed affidavit of indigency, or pay the filing fee. Plaintiffs were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     This case is dismissed due to Plaintiffs' failure to file a complaint, a renewed affidavit of indigency, or pay the filing fee, despite being directed to do so.

(3) The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** at Tampa, Florida on May 30, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record